**Dismiss and Opinion Filed August 13, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00241-CV**

**IN RE: JERRAL W. JONES,**
**Relator**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-06306**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court is relator Jerral W. Jones's August 9, 2024 unopposed motion requesting that this Court dismiss his petition for writ of mandamus. In the motion, relator informs the Court that relator and real party in interest Alexandria Davis have agreed to settle all disputes between them, including the underlying action, and that the trial court below signed an agreed order of dismissal with prejudice on July 29, 2024, dismissing all of real party in interest's claims with prejudice and vacating and denying as moot all prior orders and relief in the underlying proceedings. Relator further informs the Court that all parties have agreed to bear their own costs in this original proceeding.

Accordingly, the issues raised in relator's petition for writ of mandamus have been rendered moot. *See In re Nat'l Sur. Corp.*, No. 05-19-01119-CV, 2023 WL 5621843, at \*1 (Tex. App.—Dallas Aug. 31, 2023, orig. proceeding) (mem. op.) (concluding that dismissal of case below rendered trial court's order moot and, in turn, rendered original proceeding moot).

We grant relator's unopposed motion to dismiss, and we dismiss this petition for writ of mandamus.

/Emily A. Miskel/
EMILY A. MISKEL
JUSTICE

240241F.P05